# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-28274/0200748481

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-26177-JMM |
| Jon Paul Nelson and Karen Sue Nelson | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| _____ | |
| Wells Fargo Bank, N.A. | |
| Secured Creditor, | |
| vs. | |
| Jon Paul Nelson and Karen Sue Nelson, Debtors; Dianne C. Kerns, Trustee. | |
| Respondents. | |

Wells Fargo Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1. The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Wells Fargo Bank, N.A., pursuant to the proof of claim in the amount of $9,761.44. Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan. A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 12th day of November, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY   /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
November 12, 2009 to:

Jon Paul Nelson and Karen Sue Nelson
4322 E. Blanton Road
Tucson, AZ 85712
Debtors

Eric Slocum Sparks
110 South Church Avenue
Suite 2270
Tucson, AZ 85701
Attorney for Debtors

Dianne C. Kerns
7320 N. La Cholla, #154
PMB413
Tucson, AZ 85741
Trustee

By: LaTricia Martin